USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Universal Dyeing & Printing, Inc.,

                    Plaintiff,

-against-

Notations, Inc. et al.,

                    Defendants.

1:22-cv-05789 (JPC) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Monday, January 30, 2023, at 11:00 a.m. EST to address the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

Dated:      New York, New York
              December 29, 2022

_____
STEWART D. AARON
United States Magistrate Judge