

Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
lzaharia@donigerlawfirm.com
(310) 590-1820

Burroughs Building
Avenue
California 90291

Burroughs NY
Street, First Floor
New York 10038

January 26, 2023

**DELIVERED VIA ECF**

Honorable Stewart D. Aaron
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11C
New York, NY 10007

> Application GRANTED. The status conference scheduled for January 30, 2023 is adjourned until Thursday, February 23, 2023 at 2:00 p.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. SO ORDERED.
> Dated: January 27, 2023

                Case Title:    *Universal Dyeing & Printing, Inc. v. Notations, Inc. et al*, 1:22-cv-05789-JPC-SDA
                Re:    **Request to Adjourn 1/30 Status Conference**

Your Honor:

    As you know, this office represents Plaintiff Universal Dyeing & Printing, Inc. in the above-referenced matter. We write, pursuant to Rule 1D of Your Honor's Individual Practices to respectfully request an adjournment of the status conference, currently scheduled for Monday, January 30 at 11:00 am. Third-Party Defendant Ballon Stoll Bader & Nadler PC ("BSBN") and Defendant Lynn Brands LLC ("Lynn Brands") both consent to this request. The reason for this request is that counsel for Plaintiff has a doctor's appointment that was rescheduled to that time. Additionally, BSBN's answer is not due until February 21, 2023. (Dkt. #33.) In light of this deadline, the parties respectfully request that the status conference be adjourned to a date convenient to the Court after February 21, 2023. There have been no previous requests for an adjournment of the status conference.

    We thank Your Honor for your consideration of this request.

                              Respectfully submitted,

                By:   */s/ Laura M. Zaharia*
                        Scott Alan Burroughs
                        Laura M. Zaharia
                        DONIGER / BURROUGHS
                        For the Plaintiff

**[PROPOSED] ORDER**

**The status conference is adjourned from January 30, 2023 to**

**_____. IT IS SO ORDERED.**

Dated: _____        _____

Honorable Stewart D. Aaron, United States Magistrate Judge