# AKABAS & SPROULE
### ATTORNEYS AT LAW
488 MADISON AVENUE
11TH FLOOR
NEW YORK, NY 10022
(212) 308-8505

FACSIMLE (212) 308-8582

WWW.AKABAS-SPROULE.COM

SETH A. AKABAS
MICHAEL H. SPROULE †
DAVID E. BAMBERGER
───────
SENIOR COUNSEL
THOMAS A. CANOVA
MARTIN TODTMAN
───────
JESSE E. GREENE

† ADMITTED NY & MA

COUNSEL
RUTH J. WITZTUM
HENRY RAKOWSKI
RICHARD A. MEDINA**
MARTIN L. LERNER***
───────
LOUIS J. LAMATINA"
S105 FARVIEW AVENUE
PARAMUS, NJ 07652
(201) 291-1122

** ADMITTED NY & NJ
*** ADMITTED NY & CA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2022

February 23, 2023

BY ECF

Honorable Stewart D. Aaron
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11C
New York, New York 10007

Application GRANTED. The telephone conference scheduled for this afternoon at 2:00 p.m. is adjourned until Monday, March 6, 2023 at 11:00 a.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. SO ORDERED.

Dated: February 23, 2023

Re: *Universal Dyeing & Printing, Inc. v. Lynn Brands, LLC*
Civil Action No. 1:22-cv-05789-GHW-SDA

**Request to Adjourn Today's 2 pm EST Status Conference**

Your Honor:

As you may recall, I represent defendant Lynn Brands, LLC ("LB") in the above-referenced action.

I write pursuant to Rule 1D of Your Honor's individual practices to respectfully request an adjournment of the status conference currently scheduled for today, February 23rd, at 2:00 p.m. EST.

Counsel for the plaintiff, Universal Dyeing & Printing, Inc. ("UD"), Laura Zaharia, Esq., and counsel for the third-party defendant, Ballon Stoll Bader & Nadler, P.C. ("Ballon"), Deborah Isaacson, Esq., have consented by email to the adjournment.

The reasons for the request are: (1) earlier today, counsel for UD and LB came to an agreement in principle to settle all of UD's claims against LB; (2) LB and Ballon are also discussing a possible settlement of all claims and counterclaims between them, including third-party complaint herein; and (3) the amount called for by the UD/LB settlement is small enough that it cannot affect the ongoing settlement discussions between LB and Ballon.

In light of these factors, all parties respectfully request that today's status conference be adjourned to a date convenient to the Court after March 2, 2023.

Al counsel thank Your Honor for your consideration of this request.

Respectfully submitted,

*/s/ David E. Bamberger*
David E. Bamberger

Cc: All counsel of record
(by ECF)